STATE OF NEW JERSEY v. BERNARD R. LAFER.

March 15, 1971. Petition for certification denied.

MAL BROS. CONTRACTING CO. v. JOHN C. KOHL, COMMIS-
SIONER OF TRANSPORTATION OF THE STATE OF
NEW JERSEY.

March 15, 1971. Petition for certification denied. (See
113 *N. J. Super.* 144).

STATE OF NEW JERSEY v. HAROLD E. JONES.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM REARDON.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. GILBERT L. NELSON.

March 15, 1971. Petition for certification denied.

VINCENT SALERNO v. McGRAW-EDISON INDUSTRIES.

March 15, 1971. Petition for certification granted.